IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CALVIN WATTS,                    )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )        3:13cv742-MHT
                                 )             (WO)
CITY OF OPELIKA, ALABAMA,        )
et al.,                          )
                                 )
    Defendants.                  )
```

### JUDGMENT

Based on the representations made on the record at a pretrial hearing on November 23, 2015, and by agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendants City of Opelika and Thomas Mangham are dismissed with prejudice and that they are terminated as parties.

It is further ORDERED that defendant Mangham's motion for summary judgment (doc. no. 22) is denied as moot and that defendants City of Opelika and Joshua Combs's motion for summary judgment (doc. no. 24) is

denied as moot with respect only to defendant City of Opelika.

It is further ORDERED that the magistrate judge's report and recommendation (doc. no. 43) is moot as to all claims against defendants City of Opelika and Mangham.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

This case is not closed.

DONE, this the 23rd day of November, 2015.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE