IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CALVIN WATTS,                  )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )    3:13cv742-MHT
                               )        (WO)
JOSHUA COMBS,                  )
                               )
     Defendant.                )
```

## ORDER

Based on the representations made on the record at a pretrial hearing on November 23, 2015, and by agreement of the parties, it is ORDERED as follows:

(1) All claims against defendant Joshua Combs are dismissed except for plaintiff Calvin Watts's § 1983 Fourth Amendment excessive-force claim (Count I) and his state-law assault-and-battery claim (Count X), which remain pending.

(2) Plaintiff Combs's motion for summary judgment (doc. no. 24) is denied as moot with respect to the dismissed claims and remains pending with respect to the excessive-force and assault-and-battery claims.

    **(3) The magistrate judge's report and recommendation (doc. no. 43) and plaintiff Combs's objections (doc. no. 44) are moot as to the dismissed claims and remain pending with respect to the excessive-force and assault-and-battery claims.**

    **DONE, this the 23rd day of November, 2015.**

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**